# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DIANA PITTS, | Case No. EDCV 18-01617-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

Dated: August 16, 2019.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE
